UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DENNIS R. DAVIS, JR.** | **CIVIL ACTION NO. 5:18-cv-1393** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **NICOLE FULLER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, including the objection filed on May 28, 2019 [Doc. No. 27], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Dennis Ray Davis, Jr.'s retaliation claims against Nicole Fuller, Consuelo Lawrence Fuller, and Mrs. Fradue, as well as his claims against Mrs. Fradue concerning access to courts and freedom of speech, are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED** as frivolous and malicious **WITHOUT PREJUDICE** to Plaintiff's right to prosecute the pending, duplicative proceedings.  The remaining claims are otherwise **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for a Temporary Restraining Order, [Doc. No. 1], is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel, [Doc. No. 1], is **DISMISSED AS MOOT**.

MONROE, LOUISIANA, this 30th day of May, 2019.

```
                                    _____
                                         TERRY A. DOUGHTY
                                         UNITED STATES DISTRICT JUDGE
```